UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DENNIS CLARK,

    Plaintiff,

v.

SHADE TREE SERVICE CO.,

    Defendant.

Case No. 09-cv-528-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of defendant Shade Tree Service Co. and against plaintiff Dennis Clark.

**DATED: April 15, 2011**    **NANCY J. ROSENSTENGEL, Clerk of Court**

    **By:s/Deborah Agans, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**